UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUKHDEV SINGH,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-763-P |
| VERSUS | JUDGE DRELL |
| D. C. COLE, *ET. AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 24), and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 26), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion for Temporary Restraining Order (ECF No. 1) is DENIED and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers in Alexandria, Louisiana, this 23rd day of December, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE